IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

DAVID M. LEWIS, as Trustee of the David M. And Joan M. Lewis Revocable Trust, d/b/a Aesthetic Dentistry; HERBERT CARLETON JENSEN, JR.; LISA JEAN DOBAK; EDI GUIDI; JOAN M. LEWIS, as Trustee of the David M. and Joan M. LEWIS, as Trustee of the David M. And Joan M. Lewis Revocable Trust,

        Defendants.

2:09-cv-00179-GEB-KJM

ORDER

The Joint Status Report filed on April 13, 2009, states that Plaintiff "consents to having this case tried before a magistrate judge" and Defendants "concur." See 28 U.S.C. § 636(c).

Therefore, if the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this

1

Order is filed.  See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  April 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All documents hereafter filed shall be denominated as 2:09-cv-00179-KJM.

IT IS SO ORDERED.

DATED: April 27, 2009.

_____
U.S. MAGISTRATE JUDGE