IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                  No. CIV S-09-179 KJM

     vs.

DAVID LEWIS, et al.,

      Defendants.           ORDER

_____/

        A status conference was held in this matter on June 3, 2009 before the undersigned. Plaintiff appeared in propria persona. Robert Lorbeer appeared for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. This action is referred to the Voluntary Dispute Resolution Program ("VDRP"). The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

        2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

/////

/////

3. Discovery, including the hearing of discovery motions, shall be completed by August 11, 2010. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

4. Dispositive motions, other than discovery motions, shall be noticed to be heard by October 13, 2010.

5. The pretrial conference is set for December 1, 2010 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

6. Jury trial of this matter is set for January 10, 2011 before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: June 4, 2009.

_____
U.S. MAGISTRATE JUDGE

006
johnson-lewis.oas